UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| SALUS CAPITAL PARTNERS, LLC | Case No. 17-cv-05536 (NRB)(KHP) |
| Petitioner, | **NOTICE OF MOTION TO DISMISS** |
| - against - | |
| ANDREW MOSER, | |
| Respondent. | |

-----------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the annexed declaration of Andrew Moser dated July 27, 2017 and exhibits thereto, the answer and declaration of E. Christopher Murray dated July 27, 2017 and exhibits thereto, the accompanying memorandum of law, and all the pleadings and proceedings heretofore had herein, Ruskin Moscou Faltischek, P.C., attorney for Respondent Andrew Moser, will move this Court before the Hon. Naomi Reice Buchwald, U.S.D.J., at the United States District Court for the South District of New York, located at 500 Pearl Street, Courtroom 21A, New York, New York 10007, on the 3rd day of August 2017, for an Order, pursuant Fed. R. Civ. P. 12(b)(2), 12(b)(4), and 12(b)(5), dismissing Petitioner's Notice of Petition as against Respondent Andrew Moser in its entirety, for lack of personal jurisdiction, insufficient process, and insufficient service of process, together with such other and further relief as the Court deems just and appropriate.

Dated: Uniondale, New York
       July 27, 2017

                          RUSKIN MOSCOU FALTISCHEK, P.C.

By: _____
     Jeffrey A. Wurst
     E. Christopher Murray
     Ross J. Kartez
     *Attorney for Respondent Andrew Moser*
     1425 RXR Plaza, East Tower, 15th Fl.
     Uniondale, NY 11556
     (516) 663-6600
     jwurst@rmfpc.com
     emurray@rmfpc.com
     rkartez@rmfpc.com

TO:   Shari Braverman, Esq.
      Braverman Law Office, PC
      585 Stewart Avenue, Suite 528
      Garden City, New York 11530
      sbraverman@bravermanesq.com