UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
SALUS CAPITAL PARTNERS, LLC,

                Petitioner,         Case No. 17-cv-05536 (NRB)(KHP)

    -against-

ANDREW MOSER,

                Respondent.
-------------------------------X

## AFFIRMATION OF SERVICE

I, ROSS J. KARTEZ, declare under penalty of perjury that, on the 27th day of July, 2017, I served a copy of:

- July 27, 2017 Letter to Judge Naomi Reice Buchwald;
- Notice of Motion;
- Answer and Murray Declaration with Attached Exhibits;
- Moser Declaration with Attached Exhibits; and
- Memorandum of Law in Support.

by depositing a true copy of same enclosed in a properly addressed wrapper into the custody of Federal Express for overnight delivery, prior to the latest time designated by that service for overnight delivery; and by forwarding a true copy of same by electronic mail, addressed to the last known address of the addressee(s) as indicated below:

Leonard A. Rodes
Trachtenberg Rodes & Friedberg LLP
545 Fifth Avenue
New York, New York, USA 10017
lrodes@trflaw.com

                                                      Ross J. Kartez