**BROOKS EXHIBIT 4**

**From:** Andy Moser [mailto:ahmharborside@gmail.com]
**Sent:** Wednesday, July 27, 2016 4:48 PM
**To:** Douglas Brooks <dbrooks@libbyhoopes.com>
**Subject:** Moser EMail Address

Sir, as promised and as per our call with the AAA yesterday, please direct all future personal correspondence to this email address herein.  Thank you and have a great day.

Mr. Moser